UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   CHARLENE F BAKER | CASE NO: 07-31108<br>(Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050411**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 15 | CENTRAL MORTGAGE COMPANY<br>801 JOHN BARROW RD STE 1<br>LITTLE ROCK, AR 72205 | 8.93 |
| / 18 | CENTRAL MORTGAGE COMPANY<br>801 JOHN BARROW RD STE 1<br>LITTLE ROCK, AR 72205 | 11.46 |
| 2/ 3 | CENTRAL MORTGAGE COMPANY<br>801 JOHN BARROW RD STE 1<br>LITTLE ROCK, AR 72205 | 7.55 |
| 2/ 20 | CENTRAL MORTGAGE COMPANY<br>801 JOHN BARROW RD STE 1<br>LITTLE ROCK, AR 72205 | 248.81 |
| 2/ 21 | CENTRAL MORTGAGE COMPANY<br>801 JOHN BARROW RD STE 1<br>LITTLE ROCK, AR 72205 | 73.96 |
| 2/ 22 | CENTRAL MORTGAGE COMPANY<br>801 JOHN BARROW RD STE 1<br>LITTLE ROCK, AR 72205 | 700.77 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/7/2010

Certificate of Service                              07-31108

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CHARLENE F BAKER  
3365 ALEX-BELL RD  
DAYTON, OH  45449

WAYNE P NOVICK  
2135 MIAMISBURG-CENTERVILLE RD  
CENTERVILLE, OH  45459

(3.1)  
CENTRAL MORTGAGE COMPANY  
801 JOHN BARROW RD  STE 1  
LITTLE ROCK, AR  72205

(19.1n)  
PORTFOLIO RECOVERY ASSOCIATES  
BOX 41067  
NORFOLK, VA  23541

(17.1n)  
STATE FARM BANK  
% BECKET & LEE LLP  
BOX 3001  
MALVERN, PA  19355

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv